UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00779-SAB (PC)<br><br>ORDER REGARDING PETITION FOR WRIT OF MANDAMUS<br><br>[ECF No. 8] |

Plaintiff Raymond C. Watkins is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983, detained in the Tuolumne County Jail.

Currently before the Court is Plaintiff's filing titled, "Petition for Administrative Writ of Mandamus," filed on June 27, 2018. (ECF No. 8.) Plaintiff states that he has been having issues getting a certified trust account statement to submit with his application to proceed in forma pauperis in this case, and requests assistance from the Court, as well as monetary damages.

Right before this filing was received, the Court also received Plaintiff's completed application, including a certified account statement. (ECF No. 5.) The Court has also reviewed and granted Plaintiff's request to proceed in forma pauperis in this action, as noted above. (ECF No. 7.) Thus, Plaintiff's current request is moot, and will be denied.

1

1     Accordingly, Plaintiff's request for the Court's assistance in obtaining a certified trust account statement (ECF No. 8), is HEREBY DENIED, as moot.

IT IS SO ORDERED.

Dated: **July 6, 2018**

                                                   UNITED STATES MAGISTRATE JUDGE