| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>TUOLUMNE COUNTY JAIL, et al.,<br><br>    Defendants. | Case No. 1:18-cv-00779-SAB (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>(ECF No. 10)<br><br>**FOURTEEN (14) DAY DEADLINE** |

    Plaintiff Raymond C. Watkins is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On October 29, 2018, the Court found that Plaintiff's complaint failed to state a cognizable claim for relief and granted Plaintiff thirty days to file an amended complaint addressing the deficiencies identified by the Court. (ECF No. 10.)

    On November 26, 2018, Plaintiff filed a motion for an extension of time to file an amended complaint. (ECF No. 13.) On November 27, 2018, the Court granted Plaintiff's motion and gave Plaintiff an additional 30 days in which to timely file an amended complaint. (ECF No. 14.)

    On December 17, 2018, Plaintiff filed a second motion for an extension of time to file an

1

amended complaint.  (ECF No. 15.)  On December 18, 2018, the Court granted Plaintiff's second motion and gave Plaintiff a further 30 days in which to timely file an amended complaint.  (ECF No. 16.)

On January 7, 2019, Plaintiff filed a third motion for an extension of time to file an amended complaint.  (ECF No. 17.)  On January 9, 2019, the Court granted Plaintiff's third motion and gave Plaintiff an additional 60 days in which to timely file an amended complaint.  (ECF No. 18.)

However, the deadline for Plaintiff to file an amended complaint has expired, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's October 29, 2018 screening order, failure to prosecute, and failure to state a claim for relief.  Plaintiff can comply with this order to show cause by filing a first amended complaint in compliance with the Court's October 29, 2018 order.  <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a district judge that the instant action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

Dated: **April 23, 2019**

UNITED STATES MAGISTRATE JUDGE